| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Reade, Linda R. | 2. Court or Organization<br><br>District Court ND Iowa | 3. Date of Report<br><br>05/01/2011 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>4200 C. Street SW<br>Cedar Rapids, IA 52404 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Director | Historical Society of the US Courts in the 8th Circuit |
| 2. Director | Northern District of Iowa Branch of Eighth Circuit Historical Society |
| 3. Power of Attorney | for ▓▓▓▓ until her death on September 3, 2010 |
| 4. Representative Payee for Social Security Benefits | for ▓▓▓▓ until her death on September 3, 2010 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. 08/01/93 | State of Iowa and me-Iowa Judicial Retirement Plan. The state will pay me retirement income when I am eligible to retire |
| 2. | |
| 3. | |

Reade, Linda R.

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Bradshaw Fowler Proctor & Fairgrave, PC - wages and employee benefits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✓ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) T pe (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Bank Accounts | A | Interest | L | T | | | | | |
| 2. Liberty Bank Account -1 | A | Interest | J | T | | | | | |
| 3. Wells Fargo Account | A | Interest | K | T | | | | | |
| 4. CSCO Stock | | None | J | T | | | | | |
| 5. Medtronic Inc. Stock | A | Dividend | J | T | | | | | |
| 6. Deferred Comp Plan | C | Int./Div. | J | T | | | | | |
| 7. -Stock Index Fund-Valic | | None | | | | | | | |
| 8. -Science & Technology Fund-Valic | | None | | | | | | | |
| 9. -Putnam New Opportunity Fund-Valic | | None | | | | | | | |
| 10. -Putnam Global Gr Fund-Valic | | None | | | | | | | |
| 11. -American Cent Ultra Fund-Valic | | None | | | | | | | |
| 12. Retirement Account | E | Int./Div. | P1 | T | | | | | |
| 13. -Schwab Money Market Fund | | | | | | | | | |
| 14. -Aerovironment Inc | | | | | Buy | 04/19/10 | K | | |
| 15. | | | | | Sold | 12/08/10 | K | | |
| 16. -Allstate Corp | | | | | | | | | |
| 17. -Altria Group, Inc`` | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Amedisys Inc. | | | | | | | | | |
| 19. -Ameriprise Financial | | | | | Buy | 12/03/10 | L | | |
| 20. -Ameritrade Holding | | | | | Buy | 10/20/10 | K | | |
| 21. -Amgen | | | | | Sold | 10/13/10 | K | | |
| 22. -Annaly Capital Mgmt Reit | | | | | | | | | |
| 23. -AOL--spinoff from Time Warner | | | | | Spinoff (from line 104) | | J | | |
| 24. | | | | | Sold | 04/08/10 | J | | |
| 25. -Apple | | | | | Buy (add'l) | 01/25/10 | J | | |
| 26. -Authentidate Hldg Corp | | | | | Sold | 04/08/10 | J | | |
| 27. -Aviva PLC | | | | | Buy | 04/27/10 | J | | |
| 28. | | | | | Sold | 10/20/10 | J | | |
| 29. -Bank of Am Corp | | | | | Buy (add'l) | 07/16/10 | J | | |
| 30. -Barrick Gold Corp | | | | | Buy | 12/31/10 | K | | |
| 31. -Berkshire Hathaway | | | | | | | | | |
| 32. -Birchcliff Energy | | | | | Sold | 12/15/10 | J | | |
| 33. -Blackrock Health Sciences Fund | | | | | | | | | |
| 34. -Blue Chip Value Fd | | | | | Sold | 04/08/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -Borg Warner Inc | | | | | Buy | 06/28/10 | J | | |
| 36.  -BP PLC | | | | | Buy | 12/15/10 | K | | |
| 37.  -Bruker Corp | | | | | Buy | 04/14/10 | J | | |
| 38. | | | | | Sold (part) | 11/15/10 | J | | |
| 39. | | | | | Sold | 11/24/10 | J | | |
| 40.  -Cintas Corp | | | | | Buy | 09/16/10 | J | | |
| 41. | | | | | Sold | 10/20/10 | J | | |
| 42.  -Citigroup Inc | | | | | Buy | 02/17/10 | J | | |
| 43.  -CVS Caremark Corp | | | | | | | | | |
| 44.  -Cleanpath Resources | | | | | | | | | |
| 45.  -Constellation Energy | | | | | | | | | |
| 46.  -Corrections Corp Am | | | | | | | | | |
| 47.  -Dendreon Corp | | | | | Buy | 03/22/10 | J | | |
| 48.  -Electronic Arts Inc | | | | | Sold | 04/01/10 | K | | |
| 49.  -EMC | | | | | Buy | 12/13/10 | J | | |
| 50.  -Endologix Inc | | | | | | | | | |
| 51.  -Equity Residential | | | | | Sold (part) | 03/31/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Exxon Mobil Corp-merger with XTO Energy | | | | | | 06/28/10 | | | |
| 53. | | | | | Sold (part) | 12/15/10 | K | | |
| 54. -Fiserv Inc | | | | | Buy | 04/26/10 | K | | |
| 55. -Ford Motor Co | | | | | Buy | 03/31/10 | K | | |
| 56. -Frontier Communications-spin off from Verizon | | | | | Spinoff (from line 110) | 07/01/10 | J | | |
| 57. | | | | | Sold | 10/01/10 | J | | |
| 58. -GEO Group | | | | | | | | | |
| 59. -General Electric Co | | | | | | | | | |
| 60. -General Growth | | | | | | | | | |
| 61. -Goldman Sachs Group Inc | | | | | Buy | 04/20/10 | K | | |
| 62. -HCP Inc Reit | | | | | | | | | |
| 63. -IShares MSCI Australia Index Fund | | | | | Buy | 10/13/10 | K | | |
| 64. -Itau Unibanco Holding SA | | | | | | | | | |
| 65. -JP Morgan Chase | | | | | Buy (add'l) | 01/15/10 | K | | |
| 66. -Jabil Circuit | | | | | Buy | 12/16/10 | K | | |
| 67. -Johnson Controls | | | | | Buy | 12/28/10 | K | | |
| 68. -Johnson & Johnson | | | | | Sold (part) | 04/26/10 | K | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes             J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                           P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment               T =Cash Market
   (See Column C2)          U =Book Value              V =Other                    W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Reade, Linda R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -LTC Properties Inc | | | | | | | | | |
| 70. -Laudus Int'l Equity | | | | | | | | | |
| 71. -Level 3 Communications | | | | | | | | | |
| 72. -Magellan Midstream Ptnrs | | | | | | | | | |
| 73. -Matthews Pacific Tiger Fund | | | | | | | | | |
| 74. -Market Vectors Gold Miners | | | | | Sold (part) | 12/31/10 | K | | |
| 75. -Market Vectors Indonesia Index | | | | | Buy | 10/13/10 | J | | |
| 76. -Microsoft | | | | | | | | | |
| 77. -Oncothyreon | | | | | | | | | |
| 78. -Pace Oil & Gas -spinoff of Provident Energy Trust | | | | | Spinoff (from line 88) | 07/13/10 | J | | |
| 79. | | | | | Sold | 10/01/10 | J | | |
| 80. -Paragon Shipppng | | | | | | | | | |
| 81. -Pepsico Inc | | | | | Buy | 10/14/10 | K | | |
| 82. -Petaquilla Minerals | | | | | | | | | |
| 83. -Petrohawk Energy | | | | | Buy | 11/15/10 | K | | |
| 84. -Petroleo Brasileiro | | | | | | | | | |
| 85. -Potash Corp | | | | | Buy | 01/06/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -Principal Financial | | | | | Sold (part) | 12/03/10 | L | | |
| 87. -Proctor & Gamble | | | | | Sold (part) | 10/14/10 | K | | |
| 88. -Provident Energy T | | | | | | | | | |
| 89. -Qualcomm Inc | | | | | | | | | |
| 90. -Quanta Services Inc | | | | | Buy | 02/19/10 | K | | |
| 91. -Reliance Steel & Aluminum | | | | | Buy | 04/07/10 | K | | |
| 92. -Renhe Commercial Hldg | | | | | | | | | |
| 93. -Research in Motion | | | | | Sold | 02/19/10 | K | | |
| 94. -Seagate Technology | | | | | Buy | 12/10/10 | K | | |
| 95. -Siemens AG | | | | | Buy | 12/06/10 | K | | |
| 96. -Sirius XM Radio fna Sirius Sat Radio | | | | | | | | | |
| 97. -Suntech Power | | | | | | | | | |
| 98. -Southmark Corp | | | | | | | | | |
| 99. -Sun Health Care | | | | | | | | | |
| 100. -Telecom Argentina SA | | | | | | | | | |
| 101. -Tesoro Corp | | | | | Sold (part) | 12/16/10 | J | | |
| 102. | | | | | Sold (part) | 12/28/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Teva Pharm Inds, LTd | | | | | | | | | |
| 104. -Time Warner | | | | | | | | | |
| 105. -Time Warner Cable | | | | | | | | | |
| 106. -Ultrapar Particpacoes SA | | | | | | | | | |
| 107. -United Contrl Hldgs | | | | | Buy | 12/31/10 | J | | |
| 108. -US Natural Gas | | | | | | | | | |
| 109. -Vanguard Total World Stock | | | | | | | | | |
| 110. -Verizon Communications | | | | | | | | | |
| 111. -Vornado Realty Trust | | | | | Sold | 12/28/10 | K | | |
| 112. -Wal-Mart DE CVSPN Adr F | | | | | | | | | |
| 113. -Wells Fargo & Co | | | | | Buy | 02/26/10 | J | | |
| 114. -XTO Energy into Exxon | | | | | Merged (with line 52) | 06/28/10 | J | | |
| 115. -Yamana Gold Inc | | | | | Sold (part) | 12/31/10 | J | | |
| 116. McVean Trading and Investment | D | Int./Div. | K | T | | | | | |
| 117. -Farm 1 Dallas Co., IA | D | Rent | M | W | | | | | |
| 118. -Farm 3 Dallas Co. IA | D | | L | W | | | | | |
| 119. -Farm 5 Adair Co, IA | D | Rent | M | W | | | | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value              V =Other                    W =Estimated

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Farm 6 Adair Co, IA | D | Rent | M | W | | | | | |
| 121. -Farm 7 Adair Co, IA | D | | L | W | | | | | |
| 122. -Farm 8 Adair Co, IA | D | Rent | L | W | | | | | |
| 123. -Farm 9 Adair Co, IA | D | Rent | L | W | | | | | |
| 124. -Farm 10 Adair Co, IA | D | Rent | M | W | | | | | |
| 125. -Farm 11 Adair Co, IA | D | Rent | K | W | | | | | |
| 126. -Farm 14 Adams Co, IA | E | Rent | M | W | | | | | |
| 127. -Farm 15 Adams Co, IA | D | Rent | L | W | | | | | |
| 128. -Farm 18 Adams Co, IA | B | Rent | K | W | | | | | |
| 129. -Farm 19 Taylor County, IA | B | Rent | K | W | | | | | |
| 130. Farm 20 Decatur County, IA | B | Rent | J | W | | | | | |
| 131. Cincinnati Life Insurance Whole Life Policy | | None | M | T | | | | | |
| 132. Mineral Interest,Dallas County, IA | D | Royalty | J | T | | | | | |
| 133. Fidelity ExplorRoyalty Bowman Co, ND | C | Royalty | J | T | | | | | |
| 134. Liberty Banshares Inc(Appraisal 12/31/10) | | None | N | Q | | | | | |
| 135. Ben Con Properties LLC | | None | M | U | | | | | |
| 136. Towne View Apartments, LTD | | None | J | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Phoenix-Tuson Ranch LLC | | None | K | T | | | | | |
| 138. Safe Bulkers Inc. | | None | K | T | | | | | |
| 139. Provident Energy | B | Dividend | J | T | | | | | |
| 140. Wells Fargo Bank (X) | A | Interest | | | Closed | 08/26/10 | J | | |
| 141. US Bank (X) | | None | | | Closed | 09/11/10 | J | | |
| 142. Dacotah Bank (X) | A | Interest | | | Closed | 09/11/10 | J | | |
| 143. The Care Group (X) | | None | | | Closed | 09/11/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Reade, Linda R. | 05/01/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 23-Spin off of AOL was actually effective Deccember 9, 2009. It should have been in 2009 report.


Lines 118 and 121----Income is crops

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Linda R. Reade**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544